IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:   Glover, Nicole | Case Number:  07 B 16370 |
|---|---|
|  | Judge:  Wedoff, Eugene R |
| Printed:  12/13/07 | Filed:  9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 25, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Tax Related Products Group | Unsecured | 1,706.00 | 0.00 |
| 3. | Illinois State Tollway | Unsecured | 5,234.60 | 0.00 |
| 4. | Americas Financial Choice Inc | Unsecured | 1,847.59 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 784.11 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Priority |  | No Claim Filed |
| 7. | Internal Revenue Service | Priority |  | No Claim Filed |
| 8. | Secretary Of State | Priority |  | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Priority |  | No Claim Filed |
| 10. | Bridgeview 5th Municipal Dist | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | ER Solutions | Unsecured |  | No Claim Filed |
| 13. | Affinity Cash Loans | Unsecured |  | No Claim Filed |
| 14. | Consolidated Public Services | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | U S Bank N A | Unsecured |  | No Claim Filed |
| 17. | U S Cellular | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,572.30 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Glover, Nicole | Case Number: 07 B 16370 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 9/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

